**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-v-  CASE NO. 6:09-CR-27-ORL-35KRS

**REESCE JOYNER**
_____

**ORDER**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 33, filed April 10, 2009) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 33) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant Reesce Joyner has entered a plea of guilty to Counts Eight and Nine of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts Eight and Nine of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 15th day of April, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services